FILED
APR 07 2006
Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. **06 CR 071 TCK** |
| ) | |
| v. ) | **INDICTMENT** |
| ) | [18 U.S.C. § 3146: Failure to Appear] |
| LISA JEANINE FINDLEY aka ) | |
| Lisa Jeanine Sullins aka ) | |
| Lisa Holden, ) | |
| ) | |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(18 U.S.C. § 3146]

On or about February 7, 2006, in the Northern District of Oklahoma, **LISA JEANINE FINDLEY, aka Lisa Jeanine Sullins, aka Lisa Holden**, defendant herein, having previously been arrested and charged with violations of Title 18, United States Code, Sections 1014 and 1344(1), False Statement to Obtain Bank Loan and Bank Fraud, and having been admitted to bail pursuant to the provisions of Title 18, United States Code, Sections 3142 and 3143(a), and ordered to appear before the Honorable Terrence Kern for a pretrial hearing in Case No. 05-CR-155-TCK, entitled *United States v. Lisa Jeanine Findley aka Lisa Jeanine Sullins*, willfully did fail to appear as required before the aforementioned United States District Judge, in violation of Title 18, United States Code, Section 3146.

DAVID E. O'MEILIA
United States Attorney

A TRUE BILL

Charles M. McLoughlin
Assistant U.S. Attorney

/s/ Grand Jury Foreperson
Grand Jury Foreperson